JUDGE FRANKLIN BURGESS

UNITED STATES DISTRICT COURT, WESTERN
DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br> Plaintiff,<br><br> v.<br><br>KERIC DAVIS,<br> Defendant. | NO. CR05-5085FDB<br><br>ORDER TO MODIFY<br>CONDITIONS OF RELEASE |

This matter comes on before the above-entitled Court upon Defendant Davis' Motion to Modify Conditions of Release to eliminate the electronic home monitoring requirement. Having considered the entirety of the records and file herein, and good cause appearing therefore,

//

//

MOTION TO MODIFY CONDITIONS OF
RELEASE  - 1

[proposed order modify conditions of releasepdf.doc]

LAW OFFICES
MARY KAY HIGH
109 TACOMA AVENUE NORTH
TACOMA, WASHINGTON  98403
(253) 572-6865

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

      IT IS ORDERED that defendant's Motion to Modify His Conditions of Release to eliminate electronic home monitoring is GRANTED. All other conditions remain in effect.

DATED: July 12, 2005.

<u>/s/ Franklin D Burgess</u>
Honorable Franklin Burgess
United States District Judge

Presented by:

*Mary Kay High*

Mary K. High
Attorney for Defendant Davis

MOTION TO MODIFY CONDITIONS OF RELEASE - 2

[proposed order modify conditions of releasepdf.doc]

LAW OFFICES
MARY KAY HIGH
109 TACOMA AVENUE NORTH
TACOMA, WASHINGTON 98403
(253) 572-6865